UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JAMES VANDORIAN PRICE<br>D.O.C. #498047 | : | CIVIL ACTION NO. 5:16-cv-1231<br>SECTION P |
| VERSUS | : | JUDGE ELIZABETH E. FOOTE |
| CLAIBORNE PARISH<br>DETENTION CENTER, ET AL | : | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendations of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the lack of objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Price's complaint be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

THUS DONE AND SIGNED at Shreveport, Louisiana, on this _____ day of _____, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE